IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SCORPCAST, LLC dba HAULSTARS,<br><br>Plaintiff,<br><br>v.<br><br>MG FREESITES, LTD,<br><br>Defendants. | Case No.: 6:20-CV-00877-ADA<br><br>**JURY TRIAL DEMANDED** |

## RULE 7.1 DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, Defendant MG Freesites Ltd hereby discloses that its corporate parent is MG CT Holdings Ltd and that no publicly held corporation owns ten percent (10%) or more of its stock.

Date: November 25, 2020

*/s/ Melissa R. Smith*
Frank M. Gasparo
State Bar No. 2939833
Christopher M. Gerson
(*Pro Hac Vice Pending*)
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Phone: 212-307-5500
Facsimile: 212-307-5598
fmgasparo@venable.com
cmgerson@venable.com

Jonathan M. Sharret
(*Pro Hac Vice Pending*)
VENABLE LLP

1290 Avenue of the Americas, 20th Floor
New York, NY10104
Phone: 212.218.2100
Facsimile: 212.218.2200
jmsharret@venable.com

JaeWon Lee
(*Pro Hac Vice Pending*)
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Phone: 310.229.9900
Facsimile: 310.229.9901
jlee@venable.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: 903.934.8450
Facsimile: 903.934.9257
melissa@gillamsmithlaw.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 25th day of November, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(b)(1).

*/s/ Melissa R. Smith*
Melissa R. Smith