IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MG FREESITES LTD,<br>*Plaintiff*,<br>v.<br>SCORPCAST, LLC d/b/a HAULSTARS,<br>*Defendant*. | Civil Action No. 1:20-cv-01012-MFK<br><br>LEAD CONSOLIDATED CASE<br><br>JURY TRIAL DEMANDED |
| SCORPCAST, LLC d/b/a HAULSTARS,<br>*Plaintiff*,<br>v.<br>MG FREESITES LTD, MINDGEEK S.A.R.L., MG PREMIUM LTD, MG BILLING US CORP., MG BILLING LIMITED, 9219-1568 QUEBEC, INC., MCGY HOLDINGS, MG GLOBAL ENTERTAINMENT INC., MG GLOBAL ENTERTAINMENT EUROPE,<br>*Defendants*. | Civil Action No. 1:21-cv-00887-MFK<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING MODIFICATION OF THE SCHEDULING ORDER**

The Court having reviewed the proposal to modify the scheduling order,

IT IS HEREBY ORDERED this 5th day of June, 2023, as follows:

1. Each party to provide witness availability for the remaining fact discovery period by June 7, 2023;

2. Fact discovery deadline shall be extended from May 17, 2023 to July 14, 2023.  The parties agree to the following format for the remainder of fact discovery:

    a. Plaintiff will take depositions as soon as practicable given witness availability;

    b. Plaintiff will make a final supplement of its interrogatory responses based on ¶ 2(a) within four business days of the last deposition it takes; and

    c. Plaintiff will make its deponents available no earlier than three business days after it supplements its interrogatories and by no later than July 11, 2023;

3. To simplify issues for expert reports and trial, the deadline for Plaintiff to narrow the currently asserted claims to 15 claims shall be moved from October 9, 2023 to July 14, 2023; and the deadline for Defendants to narrow the currently asserted prior art to 45 references/combinations shall be moved from October 9, 2023 to July 21, 2023;

4. Expert reports on issues where party bears burden of proof shall be extended from July 3, 2023 to August 4, 2023;

5. Responsive expert reports on issues where party does not bear burden of proof shall be extended from August 7, 2023 to September 15, 2023;

6. Reply expert reports on issues where party bears burden of proof shall be extended from August 28, 2023 to October 6, 2023;

7. To further simplify issues for trial, the deadline for Plaintiff to further narrow the currently asserted claims to 8 claims shall be October 12, 2023; and the deadline for Defendants to further narrow the currently asserted prior art to 24 references/combinations shall be October 18, 2023;

8. Close of expert discovery shall be extended from October 2, 2023 to November 7, 2023;

9. Objections to expert testimony and case dispositive motions shall be extended from November 13, 2023 to December 19, 2023; and

10. Dates for the pretrial order, other trial submissions, pretrial conference, and trial to be determined by the Court.

11. A table reflecting the parties' Proposed Modified Schedule is appended below.

_____
United States District Judge Matthew F. Kennelly

**Proposed Modified Schedule**

| No. | Event | Current Date | [Proposed] Date |
|---|---|---|---|
| 1 | Provide witness availability for deposition | N/A | 6/7/2023 |
| 2 | End of fact discovery | 5/17/2023 | 7/14/2023 |
| 3 | Narrowing of asserted claims | 10/9/2023 | 7/14/2023 |
| 4 | Narrowing of asserted prior art references | 10/9/2023 | 7/21/2023 |
| 5 | Expert report by party with burden of proof on issue | 7/3/2023 | 8/4/2023 |
| 6 | Responsive expert report | 8/7/2023 | 9/15/2023 |
| 7 | Reply expert report | 8/28/2023 | 10/6/2023 |
| 8 | Further narrowing of asserted claims | N/A | 10/12/2023 |
| 9 | Further narrowing of asserted prior art references | N/A | 10/18/2023 |
| 10 | End of expert discovery, including depositions | 10/2/2023 | 11/7/2023 |
| 11 | Objections to expert testimony | 11/13/2023 | 12/19/2023 |
| 12 | Case dispositive motions | 11/13/2023 | 12/19/2023 |
| 13 | Pretrial order, other trial submissions, pretrial conference | TBD per Court | TBD per Court |
| 14 | Trial date | 2/12/2024 | TBD per Court |